**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| KENYA AKBAR,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF DAYTON OHIO, *et al.*,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00339<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

## NOTICE TO *PRO SE* PLAINTIFF OF DISPOSITIVE MOTION

The City of Dayton Defendants filed a Motion to dismiss your federal claims and remand your state claims on September 15, 2026. (Doc. No. 3.) You should soon receive a copy of the Motion in the mail from Defendants' attorneys.

You must file your Response to Defendants' Motion by **October 9, 2026**. If circumstances beyond your control prevent you from meeting this deadline, you may file a motion explaining the circumstances and requesting an extension of time. **If you do not file a timely response to Defendants' Motion, the Court may grant it and dismiss some or all of your case**.

Your Response must include a Certificate of Service confirming that it was served on Defendants' attorneys. *See* Fed. R. Civ. P. 5; S.D. Ohio Civ. R. 5.2. Please review and become familiar with the Federal Rules of Civil Procedure, this Court's Local Rules, and A Guide for Pro Se Civil Litigants: Representing Yourself in the United States District

Court for the Southern District of Ohio. These materials are available on the Court's website (https://www.ohsd.uscourts.gov/pro-se).

You are **ADVISED** that you must keep this Court informed of your current mailing address while this case is pending. If you do not, you may miss deadlines and important instructions, which may cause the Court to dismiss the case for failure to prosecute.

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge